

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-22-00075-CV

**WITTY YETI, LLC**, and John Doe,
Appellant

v.

Janelle **PLUMMER,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI17456
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

Appellant's motion for leave to withdraw Austin Reyna as co-counsel on this appeal is
GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court